Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:10-00278 |
| | ) | |
| DAVID A. MARTIN | ) | JUDGE TRAUGER |

**DEFENDANT'S MOTION TO RESCHEDULE THE APRIL 23, 2013
TRIAL DATE DUE TO A SCHEDULING CONFLICT**

Defendant David A. Martin, by and through undersigned counsel, does hereby move the Court to reschedule the most recent new trial date of **Tuesday, April 23, 2013 at 9:00 a.m**. due to a scheduling conflict (Docket Entry No. 69) Undersigned counsel has a civil jury trial set before Magistrate Judge Knowles on that same date which has been continued on two previous occasions.[1] Undersigned counsel is available the entire month of May 2013 if the Court grants this motion to reset the trial date as to Mr. Martin.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
**DAVID L. COOPER, BPR# 11445**

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant*

---

[1] Neal v.City of White House, Case No. 3:08-0314 (Docket Entry No. 163).

1